

Wendell H. Gauthier
   (1943-2001)
John W. Houghtaling, II
James M. Williams
Celeste A. Gauthier
Edward F. Downing, III [1]
Frederick W. Bradley
Earl G. Perry, Jr.
Inemesit U. O'Boyle
Sean Greenwood [2]
Alanah O. Hebert
Cate E. Biggs [3]
Sean E. Comerford [4]
Kristen Morris [6]
Jonathan D. Wasielewski

*Of Counsel*
Eric J. O'Bell [5]
Tracey Rannals Bryan
Patrick C. McGinnis [3]

[1] Admitted in Texas & Louisiana
[2] Admitted in Texas & New York
[3] Admitted in Texas
[4] Admitted in New Jersey & New York
[5] Admitted in Pennsylvania & Louisiana
[6] Admitted in New York

www.ghwlegal.com

March 19, 2014

**Via ECF**

The Honorable Cheryl L. Pollak
The Honorable Gary Brown
The Honorable Ramon E. Reyes, Jr.
United States Magistrate Judges
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

  RE: In Re: Hurricane Sandy Cases (All Related Cases)
     14 MC 41 (CLP-GRB-RER)

Dear Judges Pollak, Brown and Reyes:

 Since we were designated by Your Honors, the undersigned Liaison Counsel have conferred with each other. In addition, Plaintiffs' Liaison Counsel have met and conferred with plaintiffs' counsel.  Likewise, Defendants' Liaison Counsel have conferred with defendants' counsel.

 We believe it would be helpful to us in our roles assisting the Court to coordinate the efforts of all parties if Your Honors would meet with all Liaison Counsel.  We would like to receive any guidance the Committee may wish to provide and to suggest ideas we have that may be helpful to the Court in conducting future case management activities more efficiently. We want to make sure that we are all "on the same page", and exchange ideas to improve the efficient progress of these cases.

 All Liaison Counsel are available for such a meeting on the afternoon of March 27, 2014. Is the Court interested in such a meeting?  If so, are each of you available on the afternoon of March 27, 2014?

Respectfully,

| **Plaintiffs' Liaison Counsel** | **Defendants' Liaison Counsel** |
|---|---|
| /s/ Tracey Rannals Bryan | /s/ Gerald J. Nielsen |
| Tracey Rannals Bryan, LASB 22560 | Gerald J. Nielsen, LASB 17078 |
| Gauthier, Houghtaling & Williams | Nielsen, Carter & Treas, LLC |
| 3500 N. Hullen Street | 3838 N. Causeway Blvd., Suite 2850 |
| Metairie, LA  70002 | Metairie, LA  70002 |
| T:    504-456-8600 | T:    504-837-2500 |
| F:    504-456-8624 | F:    504-832-9165 |
| | |
| /s/ Javier Delgado | /s/Jared T. Greisman |
| Javier Delgado, NY Bar 5127998 | Jared T. Greisman |
| Merlin Law Group | White, Fleiscchner & Fino, LLP |
| 100 Park Avenue, 16th Floor | 61 Broadway |
| New York, NY  10017 | New York, NY  10006 |
| T:    212-351-5017 | T:    212-487-9700 |
| F:    212-880-6499 | F:    212-487-9777 |