

Wendell H. Gauthier
    (1943-2001)
John W. Houghtaling, II
James M. Williams
Celeste A. Gauthier
Edward F. Downing, III [1]
Frederick W. Bradley
Earl G. Perry, Jr.
Inemesit U. O'Boyle
Sean Greenwood [2]
Alanah O. Hebert
Cate E. Biggs [3]
Sean E. Comerford [4]
Kristen Morris [6]
Jonathan D. Wasielewski

*Of Counsel*
Eric J. O'Bell [5]
Tracey Rannals Bryan
Patrick C. McGinnis [3]

[1] Admitted in Texas & Louisiana
[2] Admitted in Texas & New York
[3] Admitted in Texas
[4] Admitted in New Jersey & New York
[5] Admitted in Pennsylvania & Louisiana
[6] Admitted in New York

www.ghwlegal.com

March 20, 2014

**Via ECF**

The Honorable Cheryl L. Pollak
The Honorable Gary Brown
The Honorable Ramon E. Reyes, Jr.
United States Magistrate Judges
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      RE:    In Re: Hurricane Sandy Cases (All Related Cases)
                14 MC 41 (CLP-GRB-RER)

Dear Judges Pollak, Brown and Reyes:

      Undersigned Liaison Counsel hereby respond to the Order of the Court dated March 19, 2014 wherein Your Honors request additional information as to the nature of the issues that Liaison Counsel seek to discuss.  The topics upon which Liaison Counsel aim to discuss with the Court include:

1) What the Court expects of Liaison Counsel, to ensure that we meet those expectations;

2) The parameters of the duties of Liaison Counsel;

3) Procedures for informing Liaison Counsel when a new plaintiff or defense attorney files an action, so we can be certain that we are communicating with all relevant counsel (we anticipate that there will be a wave of new filings in late April, and on the two year anniversary of Superstorm Sandy); and

4) Anticipated procedures for CMO # 2, after all deadlines in CMO #1 have expired.

The date of the requested conference (March 27th) was a deliberate choice, because it is approximately one month before the existing disclosure deadlines, and all Liaison Counsel are available to participate in an in-person conference on this date.  The next date that all Liaison Counsel are available to participate is April 11, 2014.  Therefore, if possible, Counsel have a preference for the early date, March 27, 2014.

                                                               Respectfully,

| | |
|---|---|
| /s/ Tracey Rannals Bryan | /s/ Jared T. Greisman |
| Tracey Rannals Bryan, LASB 22560 | Jared T. Greisman |
| Gauthier, Houghtaling & Williams | White, Fleischner & Fino, LLP |
| 3500 N. Hullen Street | 61 Broadway, 18th Floor |
| Metairie, LA  70002 | New York, NY |
| T: 504-456-8600 | T: 212-487-9700 |
| F: 504-456-8624 | F: 212-487-9777 |

/s/ Javier Delgado
Javier Delgado, NY Bar 5127998
Merlin Law Group
100 Park Avenue, 16th Floor
New York, NY  10017
T: 212-351-5017
F: 212-880-6499