

**NEW YORK, NEW YORK**
100 PARK AVENUE
16TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 351-5017
FAX:  (212) 880-6499

April 30, 2014

<u>*Via ECF*</u>

Hon. Cheryl L. Pollak
Hon. Gary R. Brown
Hon. Ramon E. Reyes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: In re Hurricane Sandy Cases, 14 MC 41

Dear Judges Pollak, Brown and Reyes:

  Undersigned Liaison Counsel hereby provide Plaintiffs' recommendation of exemplary cases for mediation in accordance with Case Management Order No. 3 dated April 7, 2014 (Doc. 311), as follows:

  1. Case Name: *395 Woodcleft, LLC v Tudor Insurance Company, et al*
   Case No. 2:14-cv-00635-ADS-GRB
   Magistrate Judge: Gary R. Brown
   Plaintiff's Counsel: Mitchell J. Winn, Esq.
   Jurisdiction: Flood

Hon. Cheryl L. Pollak
Hon. Gary R. Brown
Hon. Ramon E. Reyes
April 30, 2014
Page 2

2. Case Name: *Spindler et al v. Great Northern Insurance Company*
Case No. 2:13-cv-05237-JSGRB
Magistrate Judge: Gary R. Brown
Plaintiffs' Counsel: Johnathan C. Lerner, Esq.
Jurisdiction: Diversity

3. Case Name: *Martin et al v. The Standard Fire Insurance Company*
Case No: 2:14-cv-00827-LDW-GRB
Magistrate Judge: Gary R. Brown
Plaintiffs' Counsel: Javier Delgado, Esq. and Christopher Nahas, Esq.
Jurisdiction: Flood

4. Case Name: *Bonne v. Wright National Flood Insurance Company et al*
Case No: 2:14-cv-00345-ADS-GRB
Magistrate Judge: Gary R. Brown
Plaintiff's Counsel: Benjamin Rajotte, Esq.
Jurisdiction: Flood

5. Case Name: *1513 Voorhies Avenue LLC v. Nationwide Property & Casualty Insurance Company*
Case No: 1:13-cv-06883-ERK-RER
Magistrate Judge: Ramon E. Reyes
Plaintiff's Counsel: Javier Delgado, Esq. and Christopher Nahas, Esq.
Jurisdiction: Diversity

6. Case Name: *Deschler et al v. Selective Insurance Company of America*
Case No: 2:14-cv-00171-CBA-RER
Magistrate Judge: Ramon E. Reyes
Plaintiffs' Counsel: Jonathan Wasielewski, Esq.
Jurisdiction: Flood

7. Case Name: *Downs et al v. Liberty Mutual Fire Insurance Company*
Case No: 1:13-cv-05957-CBA-CLP
Magistrate Judge: Cheryl L. Pollak
Plaintiffs' Counsel: Tracey Rannals Bryan, Esq.
Jurisdiction: Flood

Hon. Cheryl L. Pollak
Hon. Gary R. Brown
Hon. Ramon E. Reyes
April 30, 2014
Page 3

8. Case Name: *Bennett et al v. Liberty Mutual Fire Insurance Company*
   Case No: 1:13-cv-07302-KAM-CLP
   Magistrate Judge: Cheryl L. Pollak
   Plaintiffs' Counsel: Tracey Rannals Bryan, Esq.
   Jurisdiction: Flood

9. Case Name: *Costello v. First Liberty Insurance Corporation*
   Case No: 1:13-cv-07030-PKC-RML
   Magistrate Judge: Robert M. Levy
   Plaintiff's Counsel: Tracey Rannals Bryan, Esq.
   Jurisdiction: Wind

10. Case Name: *Elizabeth and Michael Carlson v. Allstate Insurance Company*
    Case No: 1:13-cv-06653-DLI-RML
    Magistrate Judge: Robert M. Levy
    Plaintiff's Counsel: Sean Greenwood, Esq.
    Jurisdiction: Flood

Thank you for the Court's consideration of the above-referenced cases.

Respectfully,


/s/ Tracey Rannals Bryan                     /s/ Javier Delgado
Tracey Rannals Bryan                         Javier Delgado
Gauthier, Houghtaling & Williams             Merlin Law Group
3500 N Hallen Street                         100 Park Avenue, 16th Floor
Metairie, LA 70002                           New York, NY 10017
T:  504-456-8600                             T:  212-351-5017
F:  504-456-8624                             F:  212-880-6499