

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East-7th Floor*
*Brooklyn, NY 11201*

May 2, 2013

**BY HAND DELIVERY**
The Honorable Cheryl Pollak
The Honorable Gary Brown
The Honorable Ramon Reyes
United States Magistrate Judges
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    ***Thies v. Federal Emergency Management Agency, et al.,***
              Civil Action No. CV-13-6363 (E.D.N.Y.) (Chen, J.) (Bloom, M.J.)
              Civil Action No. MC-14-41 (Pollak, M.J.) (Brown, M.J.) (Reyes, M.J.)

Dear Magistrate Judges Pollak, Brown, and Reyes:

      The undersigned Assistant United States Attorney writes in response to Case Management Order No. 4 issued in the above-referenced case, which requires defendants to either file an Answer by May 7, 2014 or provide an explanation as to why they have not yet answered. On April 11, 2014, Judge Chen issued an order staying all Case Management Order deadlines in this case in order to permit FEMA to consider the supplemental claim information that plaintiffs recently submitted and determine whether additional litigation can be avoided in this case. Accordingly, defendant's time to answer, move, or otherwise respond has not yet expired.

      Thank you for Your Honors' consideration of this submission.

                                    Respectfully submitted,

                                    LORETTA E. LYNCH
                                    United States Attorney

                    By:    *Kelly Horan Florio*_____
                                    KELLY HORAN FLORIO
                                    Assistant U.S. Attorney
                                    (718) 254-6007

cc: Matthew Kotzen, Esq.
The Rain Law Firm
1920 East Hallandale Beach Boulevard
Suite 704
Hallandale Beach, Florida  33009