UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE D'AMBROSI,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL NORTH AMERICA INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 1:14 cv 1309(MKB)(RLM) |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 1.4 of the Local Rules of Civil Procedure, the undersigned counsel, Benjamin B. Adams, respectfully seeks leave of the Court to withdraw his appearance on behalf of the defendant Universal North America Insurance Company.  As of May 2, 2014, Attorney Adams will no longer be employed by the firm of Robinson & Cole LLP.  However, the defendant will continue to be represented by Attorneys Gerald P. Dwyer and Stephen Clancy of Robinson & Cole, who currently have appearances on file in this matter.  In further support and in accordance with Local Rule 1.4, undersigned counsel represents that he is not asserting a retaining or charging lien in this matter.

Dated:  May 5, 2014

          **DEFENDANT,**
          **UNIVERSAL NORTH AMERICA INSURANCE**
          **COMPANY**

          By: /s/ Benjamin B. Adams
          Benjamin B. Adams (BA2918)
          E-mail: badams@rc.com
          Robinson & Cole LLP
          280 Trumbull Street
          Hartford, CT 06103-3597
          Tel. No.: (860) 275-8200
          Fax No.: (860) 275-8299

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                          */s/ Benjamin B. Adams*
                                                           Benjamin B. Adams