U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 6, 2014

<u>By ECF via Docket No. 14-MC-41</u>

Honorable Magistrate Judges Pollak, Brown, and Reyes
Subcommittee of Magistrate Judges
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *In re Hurricane Sandy Cases*, Docket No. 14-MC-41
                (This letter applies to *David Zwibel v. FEMA, et al.*,
                <u>Civil Action No. 13-CV-6532 (Gershon, J.) (Gold, Ch. M.J.))</u>

To the Honorable Subcommittee:

      In compliance with the Court's Case Management Order No. 4, the Defendants respectfully inform the Court that an answer or other response has not been filed in the case of *David Zwibel v. FEMA, et al.*, No. 13-CV-6532 (Gershon, J.) (Gold, Ch. M.J.). This office was not served with a copy of the summons and complaint until March 26, 2014. Accordingly, the Defendants, all of whom are official-capacity federal defendants, have until May 27, 2014 to answer or otherwise respond to the complaint. *See* Fed. R. Civ. P. 12(a)(2).

                                      Respectfully submitted,

                                        LORETTA E. LYNCH
                                        United States Attorney

                     By:    <u>/s/                          </u>
                                        MARGARET M. KOLBE
                                        Assistant U.S. Attorney
                                        (718) 254-6039
                                        margaret.kolbe2@usdoj.gov

cc:      Gabriel M. De las Salas, Esq.
           [via email gsalas@therainlawfirm.com]