Wendell H. Gauthier
 (1943-2001)
John W. Houghtaling, II
James M. Williams
Celeste A. Gauthier
Edward F. Downing, III [1]
Frederick W. Bradley
Earl G. Perry, Jr.
Inemesit U. O'Boyle
Sean Greenwood [2]
Alanah O. Hebert
Cate E. Biggs [3]
Sean E. Comerford [4]
Kristen Morris [6]
Jonathan D. Wasielewski

# GAUTHIER HOUGHTALING & WILLIAMS

Attorneys at Law

*Of Counsel*
Eric J. O'Bell [5]
Tracey Rannals Bryan
Patrick C. McGinnis [3]

[1] Admitted in Texas & Louisiana
[2] Admitted in Texas & New York
[3] Admitted in Texas
[4] Admitted in New Jersey & New York
[5] Admitted in Pennsylvania & Louisiana
[6] Admitted in New York

www.ghwlegal.com

July 17, 2014

**Via ECF**

The Honorable Cheryl L. Pollak
The Honorable Gary Brown
The Honorable Ramon E. Reyes, Jr.
United States Magistrate Judges
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      RE:    In Re: Hurricane Sandy Cases (All Related Cases)
               14 MC 41 (CLP-GRB-RER)

Dear Judges Pollak, Brown and Reyes:

    As the Court is aware, FEMA filed its response to CMO No. 8 on July 15, 2014.  Plaintiffs Reply is currently due on July 28, 2014.  Because of the complexities of the legal issues involved, plaintiffs hereby request an extension of time to respond to FEMA's letter until August 8, 2014.  This is plaintiffs' first request for an extension of this deadline.

                           Respectfully,

                           Tracey Rannals Bryan

TLRB/com
  cc:    (By ECF)
          Liaison Counsel